

April 13, 2015

**VIA ECF**

United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271 Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

      Re:    *In re*: Gina LaForte ("Debtor"),
                Case No. 14-42711 (NHL)

Dear Judge Lord:

This firm is counsel to Bank of America, N.A., secured creditor in the above-referenced proceeding. The purpose of this letter is to hereby withdraw the Motion for Relief filed on March 20, 2015 (doc. no. 31).

Thank you for your attention to this matter.

                                                  Respectfully submitted,

                                                  /s/ Michael T. Rozea
                                                  For the Firm

cc: Gregory A Flood, Esq. (via email)
     Rachel P Stoian, Esq. (via email)